IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| BRETT H. STRANGE, : | |
| Plaintiff, | |
| v. : | Case No. 3:15-CV-00377 |
| MEGAN J. BRENNAN, | JUDGE WALTER H. RICE |
| Defendant. : | |

DECISION AND ENTRY DISMISSING COMPLAINT WITHOUT PREJUDICE; TERMINATION ENTRY

Pursuant to this Court's Decision and Entry of May 10, 2018, Doc. #44, the captioned case is DISMISSED WITHOUT PREJUDICE for want of prosecution and hereby terminated upon the docket of the United States District Court for the Southern District of Ohio, Western Division at Dayton.

Date: December 10, 2018

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE